UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SFM REALTY CORP., <br><br>                              Plaintiff, <br><br>                   -v.- <br><br> PATRICIA M. LEMANSKI, <br><br>                              Defendant. | 20 Civ. 0209 (KPF) <br><br> ORDER |

KATHERINE POLK FAILLA, District Judge:

On February 14, 2020, the parties in this action appeared before the Court for a telephonic conference regarding Defendant's application to vacate Plaintiff's Notice of Voluntary Dismissal (Dkt. #44); Defendant's intent to bring a claim for wrongful seizure; and Defendant's anticipated motion for sanctions (Dkt. #52). For the reasons outlined during the conference, Defendant's application to vacate the voluntary dismissal is DENIED. Therefore, the Court affirms that this case is dismissed. However, the Court retains jurisdiction to consider collateral actions, such as sanctions. *See Cooter & Gell* v. *Hartmarx Corp.*, 496 U.S. 395-96 (1990).

Accordingly, the Court ORDERS the following briefing schedule for Defendant's motion for sanctions and Defendant's brief regarding her claim for wrongful seizure: Defendant's opening papers will be due on or before March 13, 2020; Plaintiff's opposing papers will be due on or before April 17, 2020; and Defendant's reply papers will be due on or before April 30, 2020.

SO ORDERED.

Dated: February 14, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge