**LAW OFFICES OF**
**MICHAEL S. ROSS**
ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
FORTY-SEVENTH FLOOR
NEW YORK, NY 10165

TELEPHONE
(212) 505-4060
FACSIMILE
(212) 505-4054
E-MAIL
michaelross@rosslaw.org

May 11, 2020

**BY ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re:   *SFM Realty Corp. v. Lemanski*, 20-CV-00209 (KPF);
      Sealing Request.

Dear Judge Failla:

      On behalf of my client, Defendant Patricia Lemanski, I am writing to ask this Court for permission to file under seal Ms. Lemanski's reply to Plaintiff's and its counsels' May 1, 2020 opposition to her motion for sanctions (ECF Doc. Nos. 70-72).

      Given that Your Honor previously granted our March 9, 2020 request to file the initial motion under seal (ECF Doc. No. 62), and given that Your Honor also granted the request of Plaintiff and its counsel to file their opposition under seal (ECF Doc. No. 69), we respectfully request that we be permitted to file the reply to the opposition under seal because it references matters which are otherwise subject to Your Honor's prior sealing orders in this case.

Respectfully submitted,

/s/Michael S. Ross
Michael S. Ross

cc:   All Counsel
      (By ECF)

Application GRANTED. Defendant may file her reply papers under seal, visible to the Court and parties only.

Dated:     May 11, 2020                SO ORDERED.
           New York, New York

                                       *[signature: Katherine Polk Failla]*

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE